JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-07401-RGK-JC | Date | October 3, 2025 |
|---|---|---|---|
| Title | *ANI SAHAKIAN v. STARBUCKS CORPORATION* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding Action to State Court

On July 2, 2025, Ani Sahakian ("Plaintiff") filed suit against Starbucks Corporation ("Defendant") alleging a negligence claim for damages arising out of burns Plaintiff suffered when a hot drink spilled on her leg. On August 8, 2025, Defendant removed the action on the ground of diversity jurisdiction. On September 24, 2025, the Court issued an Order to Show Cause re Jurisdiction. On September 30, 2025, Defendant filed its Response.

The Court has considered Defendant's Response and finds that it has failed to satisfy its burden of showing that the minimum amount in controversy has been met. In its Response, Defendant relies on descriptions in the complaint regarding the severity of Plaintiff's burns from the hot beverage, as well as the fact that Plaintiff did not respond to Defendant's request to stipulate to damages of less than $75,000.

Without more, the Court finds Defendant's position based only on speculative assertions. Therefore, the Court finds that Defendants have failed to establish by a preponderance of the evidence that the amount in controversy exceeds $75,000.

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

All dates on this Court's calendar are vacated.  The Clerk shall close this action.

**IT IS SO ORDERED.**

cc: LASC,  25NNCV04675

|  | : |
|---|---|
| Initials of Preparer | JRE/vc |